IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN CICCHIELLO, : No. 1:23-CV-1406
    Petitioner :
: (Judge Munley)
v. :
:
COLETTE S. PETERS, :
    Respondent :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Joan Cicchiello's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 3/25/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court